JS-6

# UNITED STATES DISTRICT COURT

# CENTRAL DISTRICT OF CALIFORNIA

| | |
|---|---|
| JANET RITZA,<br><br>             Plaintiff,<br><br>     vs.<br><br>NETWORK SHIPPING, LTD., a business entity of unknown form; DEL MONTE FRESH FRUIT INTERNATIONAL, INC., a business entity of unknown form; CADIZ SHIPPING CORPORATION, a business entity of unknown form; and DOES 1-20, inclusive,<br><br>             Defendants. | Case No. 2:09-CV-06339 VBF (JEMx)<br><br>**ORDER TO DISMISS ACTION WITH PREJUDICE** |

Based on the Stipulation filed by the parties, IT IS HEREBY ORDERED that Plaintiff's entire action, including all claims, is dismissed, with prejudice, with each party to bear its own costs and attorneys' fees.

Dated:  August 10, 2010

*Valerie Baker Fairbank*
_____
UNITED STATES DISTRICT JUDGE
VALERIE BAKER FAIRBANK